# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JIMMIE D. COOPER**                                                                                         **PLAINTIFF**

v.                                              NO. 3:06CV00190 BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                                 **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, Judgment is hereby rendered in favor of the Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against Plaintiff, Jimmie D. Cooper.

DATED this 24th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE